# Court of Appeals
# of the State of Georgia

ATLANTA,  May 28, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1298. VINCENT CELLINI v. JULIA MARIE REIDY.**

On May 27, 2026, the Supreme Court of Georgia issued an order directing this Court to transfer the current appeal, Case No. A26A1298, to it. See *Reidy v. Cellini*, Case No. S26X1213 (May 27, 2026). Consequently, this appeal is hereby TRANSFERRED to the Supreme Court for disposition. As a result, this case is hereby removed from the June 3, 2026 Court of Appeals oral argument calendar.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/28/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*